UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JODI H.,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CASE NO. 3:24-cv-05936-JHC

ORDER

The Court GRANTS Jodi H.'s in forma pauperis application, Dkt. # 1, and ORDERS:

1. The Supplemental Social Security Rules of the Federal Rules of Civil Procedure provide that because Jodi H. has electronically filed a complaint seeking review under 42 U.S.C. § 405(g), Jodi H. need not serve a summons and a complaint, or file notice of service. The Clerk shall notify the Commissioner of Social Security (the Commissioner) that this action has commenced by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and to the United States Attorney of the Western District of Washington.

2. The Commissioner shall file a certified copy of the Administrative Record and any affirmative defenses within 60 days of the date of this order.

ORDER - 1

Dated this 13th day of November, 2024.

                                          John H. Chun
                                        United States District Judge

ORDER - 2