UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JODI H.,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. 3:24-cv-05936-JHC

ORDER

On January 13, 2025, the Court issued a Scheduling Order setting the deadline for Plaintiff's Opening Brief to February 12, 2025. Dkt. # 7. Plaintiff did not file an Opening Brief. *See generally* Dkt. Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE within 14 days of the date of this Order why this action should not be dismissed for failure to comply with the Court's Scheduling Order. If Plaintiff does not demonstrate good cause for this failure, the Court will dismiss the action without prejudice.

/

/

/

/

ORDER - 1

1 | Dated this 14th day of February, 2025.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

ORDER - 2