UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JODI H., <br>               Plaintiff, <br>     v. <br> COMMISSIONER OF SOCIAL SECURITY, <br>               Defendant. | CASE NO. 3:24-cv-05936-JHC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) On February 28, 2025, Plaintiff responded to the Court's Order to Show Cause concerning Plaintiff's failure to comply with the Court's Scheduling Order. Dkts. # 8–9. Plaintiff requests that she be permitted to file the Opening Brief "with delay."

(2) The Court DIRECTS Defendant to respond to Plaintiff's request by Friday, March 7, 2025.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record.

/

/

MINUTE ORDER - 1

Dated this 3rd day of March, 2025.

<u>Ravi Subramanian</u>
Clerk

<u>*/s/Ashleigh Drecktrah*</u>
Deputy Clerk

MINUTE ORDER - 2