IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JODI H., | Civil No. 3:24-cv-05936-JHC |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, Dkt. # 17, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will offer the claimant the opportunity for a hearing; further develop the record as needed; further evaluate the claimant's subjective symptom complaints; further evaluate the medical opinions and prior administrative medical findings; continue through the sequential evaluation process, further evaluating the residual functional capacity, step four, and step five findings, as necessary; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 14th day of April, 2025.

*[signature: John H. Chun]*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE